

1999 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-20-1999

# Mistick PBT v. Housing Auth Cty Pgh

Precedential or Non-Precedential:

Docket 97-3248

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1999

## Recommended Citation

"Mistick PBT v. Housing Auth Cty Pgh" (1999). *1999 Decisions.* Paper 230.
http://digitalcommons.law.villanova.edu/thirdcircuit_1999/230

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 1999 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

No. 97-3248

Mistick PBT v. Housing Authority of Pittsburgh

The following modifications have been made to the Court's
Opinion issued on   7/30/99 , to the above-entitled appeal and
will appear as part of the final version of the opinion:


1.  On page 31, lines 5-6, delete the words "ARTICLES FOOTNOTE."




                              Very truly yours,


                              /s/ P. Douglas Sisk,
                                  Clerk


Dated: August 20, 1999